Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA        1717-0
*aroeca@rlhlaw.com*
JAMES R. FERGUSON    7433-0
*jferguson@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawaiʻi 96813-3917
Telephone: (808) 538-7500

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHARLIE ACONG DOMINGO, and EVA DOMINGO,<br><br>    Plaintiffs,<br><br> vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation and DOE ONE through DOE TEN,<br><br>    Defendants. | CIVIL NO. 1:22-cv-137<br>(Other Non-Vehicle Tort)<br><br>NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: None<br>JUDGE: TBA |

874-37/Ntc of Removal (Federal Crt)

## NOTICE OF REMOVAL

Defendant COSTCO WHOLESALE CORPORATION ("Costco") gives notice, pursuant to 28 U.S.C. §§1441 and 1446, of the removal of this case

from the Circuit Court of the First Circuit, State of Hawaiʻi, to the United States District Court for the District of Hawaiʻi.  The removal is based upon the following facts:

1. A civil lawsuit (the "Action") has been commenced and is currently pending against Costco and various Doe Defendants in the Circuit Court of the First Circuit, State of Hawaii, Civil No. 1CCV-21-0000917, entitled ***Charlie Acong Domingo, and Eva Domingo vs. Costco Wholesale Corporation, et al.***

2. The initial pleading in the Action was Plaintiff's Complaint filed on July 20, 2021.  The Complaint was served upon Costco on March 8, 2022.  This notice of removal is filed within 30 days after said service.  A true and correct copy of the Complaint is attached hereto as Exhibit "A".  Exhibit "A" constitutes all of the process, pleadings and orders served upon Costco to date.

3. Plaintiffs' claim to be residents of the City and County of Honolulu, and are citizens of the State of Hawaii.  Costco is a Washington corporation with a statutory home office, and its principal place of business, is located at 999 Lake Drive, Issaquah, WA 98027.

4. Upon information and belief, based upon the circumstances of the Incident and the nature of Plaintiffs' injuries and damages as related by their counsel, the amount in controversy as alleged in the Action exceeds $75,000.00, exclusive of interest and costs.

5. Based upon the foregoing, the Court has original jurisdiction over the Action under the provisions of 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the Plaintiffs and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. The Action is removable pursuant to 28 U.S.C. §§ 1441(b).

7. A copy of this notice of removal will be served upon all adverse parties.

8. A copy of this notice of removal will be filed with the Circuit Court of the First Circuit, State of Hawaii, pursuant to 28 U.S.C. §1446(d), promptly after the filing of this notice of removal.

Defendant reserves, and does not waive, its objections to jurisdiction and venue and any applicable affirmative defenses under Haw.R.Civ.P. 12 and/or Fed.R.Civ.P. 12.

DATED: Honolulu, Hawai'i, March 30, 2022.

/s/ James R. Ferguson
ARTHUR F. ROECA
JAMES R. FERGUSON
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION