DEREK S. NAKAMURA   4273
Attorney at Law
A Law Corporation
Central Pacific Plaza
220 S. King Street, Suite 980
Honolulu, HI  96813
Telephone:  (808) 521-8044
Email:  derek@lawdsn.com

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-21-0000917**
**20-JUL-2021**
**10:32 AM**
**Dkt. 1 CMPS**

Attorney for Plaintiffs
CHARLIE ACONG DOMINGO
and EVA DOMINGO

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| CHARLIE ACONG DOMINGO and EVA DOMINGO, | CIVIL NO. _____ <br> (Other Non-Vehicle Tort) |
| Plaintiff, | COMPLAINT; SUMMONS |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation and DOE ONE through DOE TEN, | |
| Defendants. | |

<u>COMPLAINT</u>

<u>FIRST CAUSE OF ACTION</u>

1.  Plaintiffs CHARLIE ACONG DOMINGO and EVA DOMINGO are, and were for all times relevant to this complaint, residents of Ewa Beach, City and County of Honolulu, State of Hawaii.

2.  Defendant COSTCO WHOLESALE CORPORATION is a corporation incorporated under the laws of the State of Washington and registered to do business in Hawaii.

3.  The true names, identities, capacities, activities and/or responsibilities,

Exhibit "A"

whether individual, corporate, associate, partnership or otherwise of Defendants DOE ONE through DOE TEN, inclusive, are unknown to Plaintiffs and therefore Plaintiffs sue said Defendants by such fictitious names, and Plaintiffs will seek leave of Court to amend the pleadings to set forth the true names and capacities of said fictitiously named Defendants, when the same become known to Plaintiffs. Plaintiffs have attempted to ascertain the identity of Defendants DOE ONE through DOE TEN by conducting investigation to discover other witnesses to the incident and discussing the subject incident with individuals familiar with the facts of this case.

4. Plaintiffs are informed and believe, and upon such information and belief, alleges that each of the Defendants designated herein by fictitious names is negligently and/or otherwise responsible in some manner for the events hereinafter referred to, and that said negligence, acts, conduct and omissions directly and proximately caused injury and damage to Plaintiffs as hereinafter alleged.

5. On August 10, 2019, Plaintiff CHARLIE ACONG DOMINGO was shopping at the Iwilei outlet store at 525 Alakawa Street, in the City and County of Honolulu, State of Hawaii and which was under the control of Defendant COSTCO WHOLESALE CORPORATION. Plaintiff CHARLIE ACONG DOMINGO was in the produce area near where watermelon bins were located when his right leg slipped on the wet floor and his legs did a split and he fell to the floor. He landed directly on his buttocks in a hard manner.

6. Plaintiff CHARLIE ACONG DOMINGO's fall and the resulting injuries were the direct and proximate result of the negligence of Defendant COSTCO WHOLESALE CORPORATION, its agents, or its employees.

7. As a proximate result of the aforesaid negligence, Plaintiff CHARLIE ACONG DOMINGO suffered injury to his neck, back, hip, right thigh, right leg, right foot, buttocks, and other bodily injuries, some of which are permanent in nature.

8. As a further result of the negligence of the aforesaid, Plaintiff CHARLIE ACONG DOMINGO has incurred appropriate, reasonable, and necessary expenses for medical attention, miscellaneous expenses, has lost wages, suffered economic loss, will incur further expenses, including further medical expenses, lose further wages, suffer further economic loss and begs leave to amend this Complaint to show the total expenses at the time of trial.

SECOND CAUSE OF ACTION

9. The allegations set forth in paragraphs 1 through 8 above are incorporated herein by reference.

10. At all times material to this Complaint, Defendant COSTCO WHOLESALE CORPORATION, its agents, or employees were in management or control of the aforesaid Costco Iwilei premises, at 525 Alakawa Street, in the City and County of Honolulu, State of Hawaii.

11. Defendant COSTCO WHOLESALE CORPORATION its agents, servants, or employees owed a duty of care to persons reasonably anticipated to walk on the premises of the Iwilei Costco and Plaintiff CHARLIE ACONG DOMINGO would not have sustained the injuries as hereinstated in the ordinary course of events unless the person or persons exercising management and control failed to exercise ordinary care or had been negligent.

THIRD CAUSE OF ACTION

12. The allegations set forth in paragraphs 1 through 11 above are incorporated herein by reference.

13. Defendant COSTCO WHOLESALE CORPORATION failed to adequately train or supervise its agents, servants, or employees and is therefore liable for their negligent conduct in this matter as described above.

FOURTH CAUSE OF ACTION

14. The allegations set forth in paragraphs 1 through 13 above are incorporated herein by reference.

15. Defendant COSTCO WHOLESALE CORPORATION is liable to Plaintiff CHARLIE ACONG DOMINGO herein for the negligence of its agents, servants, or employees based on the doctrine of respondeat superior.

FIFTH CAUSE OF ACTION

16. Plaintiffs reallege and incorporate the allegations in paragraphs 1 through 15 as though fully set forth herein.

17. Defendant COSTCO WHOLESALE CORPORATION was on notice of its mode of operation which included the sales of food products on the Iwilei Costco premises and Plaintive CHARLIE ACONG DOMINGO's slip and fall was caused by such food products present on the Iwilei Costco premises floor.

SIXTH CAUSE OF ACTION

18. Plaintiffs reallege and incorporate the allegations and paragraphs 1 through 17 as though fully set forth herein.

19. By reason of the injuries suffered by Plaintiff CHARLIE ACONG DOMINGO, Plaintiff EVA DOMINGO suffered serious emotional distress and suffered loss of affection, society, company, support, consortium, companionship, comfort, and protection and therefore Defendant COSTCO WHOLESALE CORPORATION is liable to Plaintiff EVA DOMINGO for all injuries she suffered as herein stated.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, in an amount of damages that is within the minimum jurisdictional limits of this Court, as follows:

1. General damages as are proven at the time of trial;
2. Special damages as are proven at the time of trial;
3. For costs incurred herein; and
4. For such other and further relief as may be deemed just and equitable in the premises, including, but not limited to, prejudgment interest.

DATED: Honolulu, Hawaii, July 20, 2021.

/s/ Derek S. Nakamura
DEREK S. NAKAMURA
Attorney for Plaintiffs
CHARLIE ACONG DOMINGO
and EVA DOMINGO

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER<br>Civil No. _____ |
|---|---|---|
| **PLAINTIFF**<br><br>CHARLIE ACONG DOMINGO and EVA DOMINGO | VS.  **DEFENDANT(S)**<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation and DOE ONE through DOE TEN | |

**PLAINTIFF'S NAME & ADDRESS, TEL. NO.**

CHARLIE ACONG DOMINGO and EVA DOMINGO
c/o DEREK S. NAKAMURA
220 S. King Street, Suite 980
Honolulu, HI 96813
Telephone: (808) 521-8044

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

DEREK S. NAKAMURA
220 S. King Street, Suite 980
Honolulu, HI 96813

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | Effective Date of 28-Oct-2019<br>Signed by: /s/ Patsy Nakamoto<br>Clerk, 1st Circuit, State of Hawai'i |  |

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint    RG-AC-508 (10/19)